# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIA XIA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-01919-MRA-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Second Amended Petition; (2) respondents shall immediately release petitioner Pia Xia (A # 246-464-870) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (5) respondents shall file

a status report no later than three court days from the date of this Order regarding their compliance with this Order.

Dated: October 5, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE