JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PIA XIA,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-01919-MRA-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is granted.

Dated: October 5, 2026

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE